**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CHASADY SAULSBERRY,**
***Individually and as Guardian and Next Friend***
***of Minors R.S., R.S., C.W., C.S., M.G., M.S.*** **PLAINTIFF**

**v.** **Case No. 2:25-cv-00153-KGB**

**CHAD DAVIS, *et al.*** **DEFENDANTS**

# ORDER

Before the Court is the status of this case. On June 22, 2026, the parties appeared before United States Magistrate Judge Edie R. Ervin for a settlement conference (Dkt. No. 25). At the settlement conference, the parties reached an agreement to resolve all pending claims, and the settlement terms were documented on the record (*Id.*). On June 29, 2026, the Court directed the parties to file within 30 days of the Court's Order a joint stipulation of dismissal or status report (Dkt. No. 26). On July 29, 2026, defendants submitted a status report (Dkt. No. 27). Defendants represent that counsel for respective defendants emailed draft settlement agreements to plaintiff's counsel and that plaintiff's counsel is still reviewing the draft settlement agreements (*Id.*, ¶¶ 3–5). Defendants represent that the parties anticipate obtaining the necessary signatures on the settlement agreements, issuing settlement checks, and filing a joint stipulation of dismissal as soon as possible (*Id.*, ¶ 6). Within 30 days of the entry of this Order, the Court directs the parties to file with the Court a joint stipulation of dismissal or status report.

It is so ordered this 30th day of July, 2026.

Kristine G. Baker
Chief United States District Judge